John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, NV 89146
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Joshua M. Lifshitz *(admitted Pro Hac)*
**LIFSHITZ & MILLER LLP**
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Tel: (516) 493-9780
jml@jlclasslaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH KOLISH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED, JON ISAAC, and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No. 2:17-cv-01258-RFB-GWF<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, on May 5, 2017, plaintiff Keith Kolish ("Plaintiff") filed the above-captioned putative shareholder class action (the "Action") in this Court, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5;

WHEREAS, on July 5, 2017, Movant Carlo Caroti and Plaintiff Keith Kolish (Plaintiff, together with movant Carlo Caroti, the "Plaintiff Movants") filed a Motion to Appoint Lead Plaintiff and Lead Counsel in the Action (the "Lead Plaintiff Motion");

WHEREAS, the Plaintiff Movants hereby withdraw their Lead Plaintiff Motion and dismiss the Action;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the Action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Action is hereby voluntarily DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE as to the above-named Plaintiff Movants and members of the putative class.

2. The parties shall bear their own attorneys' fees and other expenses.

Dated this 17th day of November, 2017.

ALDRICH LAW FIRM, LTD.

*/s/ Joshua Lifshitz with permission*

John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
1601 S. Rainbow Blvd., Suite 160
Las Vegas, NV 89146
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

LIFSHITZ & MILLER LLP
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Tel: (516) 493-9780
jml@jlclasslaw.com

*Attorneys for Plaintiff Movants*

Dated this 17th day of November, 2017.

PETERSON BAKER, PLLC

*/s/ Tamara Beatty Peterson*

Tamara Beatty Peterson
Nevada Bar No. 5218
10001 Park Run Drive
Las Vegas, NV 89145
Tel: (702) 786-1001
tpeterson@petersonbaker.com

LANE POWELL PC
Douglas W. Greene (*admitted pro hac vice*)
1420 5th Avenue, Suite 4200
Seattle, WA 98101
(206) 223-7000
greened@lanepowell.com

*Attorneys for All Defendants*

## ORDER

IT IS SO ORDERED.

Dated this 20th day of November, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I declare under penalty of perjury and certify that I am an employee of Lane Powell PC, and that a true and correct copy of the attached document was served on this 17th day of November, 2017 to the following:

| | |
|---|---|
| JOHN P. ALDRICH, ESQ.<br>jaldrich@johnaldrichlawfir.com<br>CATHERINE HERNANDEZ, ESQ.<br>chernandez@johnaldrichlawfirm.com<br>ALDRICH LAW FIRM, LTD.<br>1601 S. Rainbow Blvd., Suite 160 Las Vegas, NV 89146<br>**Attorneys for Plaintiff Keith Kolish** | ☒ by ECF<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| JOSHUA M. LIFSHITZ, ESQ.<br>jml@jlclasslaw.com<br>LIFSHITZ & MILLER LLP<br>821 Franklin Avenue, Suite 209<br>Garden City, NY 11530<br>**Attorneys for Plaintiff Keith Kolish** | ☒ by ECF<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| TAMARA BEATTY PETERSON, ESQ.<br>tpeterson@petersonbaker.com<br>NIKKI L. BAKER, ESQ.<br>nbaker@petersonbaker.com<br>BENJAMIN K. REITZ, ESQ.<br>breitz@petersonbaker.com<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>**Attorneys for All Defendants** | ☒ by ECF<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 17th day of November 2017.

/s/ Douglas Greene
Douglas Greene (*admitted pro hac vice*)
Lane Powell PC
1420 5th Avenue, Suite 4200
Seattle, WA 98101
Tel: (206) 223-7000
Email: greened@lanepowell.com